**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**



**FILED**

SEP 1 9 2019

**Clerk, U.S. District & Bankruptcy Courts** for the District of Columbia

Andre Juste,                                                )
                                                            )
          Petitioner,                                       )
                                                            )
     v.                                                     )          Civil Action No.  19-2170 (UNA)
                                                            )
                                                            )
Circuit Court, Nineteenth Judicial Circuit,                 )
                                                            )
          Respondent.                                       )

## MEMORANDUM OPINION

Petitioner Andre Juste, appearing *pro se*, has filed a "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241" against a Florida state court. *See* Case Caption; Pet. ¶ 6. "The writ of habeas corpus shall not extend to a [petitioner] unless" he is "in custody" under some authority.  28 U.S.C. § 2241(c).  From all indications in the petition, Juste is not in custody.  Besides, the named circuit court is not a proper respondent to a habeas petition. *See Rumsfeld v. Padilla*, 542 U.S. 426, 434-39 (2004) (discussing immediate custodian rule); *accord Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998).  Therefore, this case will be dismissed for want of jurisdiction.  A separate order accompanies this Memorandum Opinion.

Date: September __18__, 2019

United States District Judge